IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Sebrena Hammett, | ) | C/A No.: 3:10-932-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| South Carolina Department of | ) | |
| Human Environment Control, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER GRANTING CONSENT MOTION TO REOPEN DISCOVERY AND PLAINTIFF'S DEPOSITION

Defendant, South Carolina Department of Health and Environmental Control ("DHEC"), with the consent of Plaintiff, Sebrena Hammett, has withdrawn its pending Motion to Reopen Discovery and Plaintiff's Deposition and Request for Sanctions Due to Plaintiff's Deliberate Withholding of Relevant Documents, filed with this Court on December 16, 2011. The parties have reached an agreement regarding the subject of the pending Motion and have filed a Consent Motion to Reopen Discovery and Plaintiff's Deposition. The Motion is hereby granted and discovery shall be reopened consistent with the following terms:

1. Defendant agrees to a reasonable time limit for a deposition of Plaintiff;

2. Defendant shall have the ability to question Plaintiff on <u>all</u> military records (including why her file was not previously produced in Discovery);

3. Defendant shall have the ability to question Plaintiff regarding any and all information contained in her military records as this information is likely to lead to relevant information; and

4. Plaintiff shall confirm within two weeks of the date of this Motion that Defendant has all military records in her custody, possession, or control. If there are records that Plaintiff is aware of that Defendant still does not have, Defendant is entitled to a copy of these records. Examples of possible outstanding records include, but are not limited to, any performance reviews, grievance appeals that Plaintiff filed, or other similar records. Plaintiff must produce all military records prior to her deposition.

It is hereby ORDERED that the Text Order granting Defendant's Motion to Stay/Extend the Discovery Deadline for the Purpose of Obtaining Plaintiff's Official Military Personnel File ("OMPF") (#39) and the underlying Amended Scheduling Order dated September 16, 2011, (#37) be amended to allow further discovery as described above.

It is further ORDERED that the discovery period be extended through May 7, 2012, for the limited scope of Plaintiff's military records, and that Plaintiff's deposition be re-opened for examination of her OMPF and military career, consistent with the terms outlined above.

It is further ORDERED that Plaintiff be available for a deposition in this two month period.

It is further ORDERED that Plaintiff provide all outstanding military records within her possession, custody, or control within two weeks of the filing of the Consent Motion.

It is further ORDERED that Dispositive Motions will be filed by June 7, 2012.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 8, 2012  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge